UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert A. Anderson, | Civ. No. 20-1147 (KMM/LIB) |
| Plaintiff, | |
| v. | |
| William Vanden Avond, acting in his individual capacity as a Morrison County Sheriff's Deputy, | **PLAINTIFF'S MOTION IN LIMINE REGARDING EXPERT TESTIMONY** |
| Defendant. | |

Plaintiff Robert Anderson moves for an Order precluding Defendant's experts, Michael Brave and Michael Shain, from offering certain opinions and testimony at trial, as set forth more fully in the accompanying Memorandum of Law.

**ROBINS KAPLAN LLP**

Dated: July 10, 2023

By: *s/Marc Betinsky*
Robert Bennett, #0006713
Andrew J. Noel, #0322118
Kathryn H. Bennett, #0392087
Marc Betinsky, #0388414
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com
*Attorneys for Plaintiff*