UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert A. Anderson,                           Case No. 20-cv-1147 KMM/LIB

        Plaintiff,

vs.

William Vanden Avond,

        Defendant.

**JOINT INTRODUCTION TO CASE**

      This is a civil case brought by Plaintiff Robert Anderson against Defendant William Vanden Avond. Defendant is a Morrison County Sheriff's Deputy. Mr. Anderson asserts that Deputy Vanden Avond used excessive force when he shot Mr. Anderson with a 12 gauge "less lethal" beanbag, which penetrated Mr. Anderson's chest. Deputy Vanden Avond and other law enforcement personnel encountered Mr. Anderson after he committed a felony domestic assault. Deputy Vanden Avond denies Mr. Anderson's claim and asserts that he used reasonable force to stop a threat posed by Mr. Anderson.

**ROBINS KAPLAN LLP**

Dated: July 10, 2023

s/Andrew J. Noel
Robert Bennett, #6713
Andrew J. Noel, #322118
Kathryn H. Bennett, #392087
Marc E. Betinsky, #388414
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com

*Attorneys for Plaintiff*

**IVERSON REUVERS**

Dated: July 10, 2023

s/Stephanie A. Angolkar
Jason M. Hiveley, #311546
Stephanie A. Angolkar, #388336
Aaron M. Bostrom, #401773
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@iversonlaw.com
stephanie@iversonlaw.com
aaron@iversonlaw.com

*Attorneys for Defendant*