Jury would like to end today at 1530 and resume tomorrow Aug. 8 at 0820.

**RECEIVED**

**AUG 08 2023**

CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Fore person will be ███████

SIGNATURE REDACTED

Can you clarify that "1530" means "3:30"?

—Judge Menendez

yes — we mean 3:30 pm

Thank you ████

You may leave now and resume at 8:30 tomorrow.
—Judge Menendez