8.9.23
**RECEIVED**   9:57 am
AUG 09 2023
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Judge –
 Can a couple of us
(████████████) go out
side for 5 min

Thank you

SIGNATURE REDACTED