

RECEIVED
AUG 09 2023
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert A. Anderson,                              Case No. 20-cv-1147 (KMM/LIB)

    Plaintiff,

v.

William Vanden Avond,

    Defendant.

---

## SPECIAL VERDICT FORM

---

We, the jury in the above-entitled action, give these answers to the following questions:

1. On Plaintiff Robert Anderson's claim against Defendant William Vanden Avond, as submitted in Instruction No. 11, we find in favor of:

    _____        \_\_\_\_\_X_____
    Robert Anderson              William Vanden Avond

   **Note:** Answer Questions 2 and 3 only if you find in favor of Robert Anderson in Question 1

2. We find Robert Anderson's actual damages to be:

    $_____ (state the amount)

SCANNED
AUG 09 2023
U.S. DISTRICT COURT DULUTH

3. We award punitive damages in the amount of:

   $ _____ (state the amount)

   **SIGNATURE REDACTED**

Date: 8/9/23

Foreperson
**SIGNATURE REDACTED**